OFFICIAL NOTICE FROM COURT OF CRIMINAL APPEALS OF TEXAS

OFFICIAL BOX 12308, CAPITOL STATION, AUSTIN, TEXAS 787 POSTAGE >> PITNEY BOWES

STATE OF TEXAS
PENALTY FOR
PRIVATE USE

PRESORTED
FIRST CLASS

ZIP 78701 **$ 000.26³**
02 1W
0001401623 DEC 07 2016

**12/7/2016**
**SMALL, KENNETH**    Tr. Ct. No. CCC-16-13709B    **WR-44,333-02**
This is to advise that the Court has denied without written order the application for
writ of habeas corpus.

Abel Acosta, Clerk

UTF / Discharged

KENNETH SMALL
JESTER III UNIT - TDC # 630142
3 JESTER ROAD
RICHMOND, TX 77406

IWN3B UTF 77406